BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>4728 and 4730 E. Kings Canyon Rd.,<br>Fresno, CA 93702;<br><br>White Kia Optima (CA License Plate 6RKF893) | CASE NO. 1:12 SW 0 0 0 7 0 - GSA<br><br>APPLICATION AND ORDER SEALING SEARCH WARRANT AND AFFIDAVIT |

The United States of America requests that the search warrant and affidavit in support of the search warrant herein be sealed until further order of this Court to prevent the potential flight of suspects, to protect the integrity of the underlying investigation, and to prevent the possible destruction of evidence.

DATED: April 2, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                        By:   /s/ Ian L. Garriques
                              IAN L. GARRIQUES
                              Assistant U.S. Attorney

1

## SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be sealed until further order of this Court.

DATED: April 2, 2012

HON. GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE